UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASCENSION HEALTH and CARONDELET
HEALTH NETWORK,

                     Plaintiff,

          -against-

AMERICAN INTERNATIONAL GROUP, INC.,
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA., and ACE AMERICAN
INSURANCE COMPANY,

                     Defendants.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/09
```

08 Civ. 7765 (PGG)

ORDER

PAUL G. GARDEPHE, U.S.D.J.:

       WHEREAS counsel for the parties have informed this Court that they will be conducting a mediation in late August or early September 2009;

       It is hereby ORDERED that, within one week of conducting the above-referenced mediation, the parties are to submit by facsimile to Chambers a joint letter apprising this Court of the progress of settlement negotiations – including the outcome of the mediation – and the prospect for settlement;

       It is further ORDERED that the parties must complete fact and expert discovery in the above-captioned action no later than **September 25, 2009**.

       And it is further ORDERED that the parties may make post-discovery dispositive motions in accordance with the Court's Individual Practices and the following schedule:

    a.   Parties must serve moving papers, if any, by **October 9, 2009**.

    b.   Parties must serve opposition papers, if any, by **October 26, 2009**.

    c.   Parties must serve reply papers, if any, by **November 6, 2009**.

This Order embodies determinations made by this Court at the July 22, 2009

telephonic pretrial conference.

Dated: New York, New York
      July 23, 2009

                        SO ORDERED.

                        Paul G. Gardephe
                        United States District Judge

2